UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80797-CV-MIDDLEBROOKS

JENNIFER HAMMOND, Derivatively on Behalf
Of Nominal Defendant CELSIUS HOLDINGS,
INC.,

       Plaintiff,

v.

JOHN FIELDLY, *ET AL.*,

       Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on March 6, 2024. (DE 35). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) The above-styled action is **DISMISSED WITHOUT PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 8 day of March, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record